```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JOSEPH VANCE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:09-cv-284-SJM |
| v. | ) |
| | ) |
| VISIONQUEST NATIONAL, LTD., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

AND NOW, to wit, this 1st Day of August, 2013, this Court having entered a Memorandum Opinion and Order this same day granting, in part, Defendant's Renewed Motion for Summary Judgment [80],

IT IS THEREFORE ORDERED that JUDGMENT shall be, and hereby is, entered in favor of Defendant VisionQuest National, Ltd. with respect to Count II of the Amended Complaint.

                                                               s/     Sean J. McLaughlin

                                                                     SEAN J. McLAUGHLIN
                                                                     Chief United States District Judge

cm:    All counsel of record